IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-337-1FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ADAM BRADLEY SCOTT GOLDEN | ) | |

On September 4, 2018, the court received a motion to obtain free copies of documents filed by Adam Bradley Scott Golden ("movant") [DE-38]. The motion was referred to the clerk for ruling at the direction of the presiding judge. Movant states he is indigent, and seeks a sentencing transcript and a copy of the docket sheet in order "to affect a habeas petition."

The docket sheet in this action shows that on May 22, 2018, movant was sentenced to a term of imprisonment by the court. He did not file an appeal from the judgment of conviction and sentence. There are no other pending appears or motions for relief from the judgment.

Federal inmates are not entitled to documents and materials at government expense for collateral attacks on their convictions, absent some showing of a particularized need. United States v. MacCollum, 426 U.S. 317, 326-27 (1976); United States v. Gallo, 849 F.2d 607 (Table), 1988 WL 60934, at *1 (4th Cir. May 31, 1988) ("Copies of transcripts and court records may be provided to an indigent litigant at government expense upon a showing by the litigant of a particularized need."). "An indigent is not entitled to free copies 'merely to comb the record in the hope of discovering some flaw.'" Gallo, 1988 WL 60934 at *1 (quoting United States v. Glass, 317 F.2d 200, 202 (4th Cir. 1963)).

As the docket sheet indicates, there are no pending appeals or motions for post-conviction relief. Accordingly, there are no current proceedings before the court that require the requested

documents nor has movant identified the reasons these documents should be furnished to him. Consequently, his motion to obtain free copies [DE-38] is DENIED.

SO ORDERED. This the 5th day of September, 2018.

*[signature]*
Peter A. Moore, Jr.
Clerk of Court